# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BEVERLY JEAN MOORE,

    Plaintiff,

v.

SMITH'S FOOD & DRUG CENTERS, INC., *et al.*,

    Defendants.

Case No. 2:23-cv-01901-GMN-NJK

**ORDER**

[Docket No. 16]

Pending before the Court is the parties' proposed discovery plan. Docket No. 16. The discovery period is calculated from the date the first defendant answers or otherwise appears in this case. Local Rule 26-1(b)(1). In this case, that date is November 17, 2023. Docket No. 3. The parties' proposed discovery deadlines, however, are improperly measured from December 14, 2023. Docket No. 16 at 2. Therefore, the parties' proposed discovery plan does not comply with the Local Rules.

Accordingly, the parties' proposed discovery plan is **DENIED**. Docket No. 16. The scheduling order in this case will be as follows:

| | |
|---|---|
| Initial Disclosures: | December 28, 2023 |
| Add/Amend Pleadings: | February 15, 2024 |
| Initial Experts: | March 18, 2024 |
| Rebuttal Experts: | April 17, 2024 |
| Discovery Cut-Off: | May 15, 2024 |
| Dispositive Motions: | June 14, 2024 |
| Joint Pretrial Order: | July 15, 2024, 30 days after the resolution of dispositive motions, or further Court order. |

1

Pursuant to Local Rule 26-3, any request for extension of any deadline must be made no later than 21 days prior to the expiration of the subject deadline and must be supported by good cause.

IT IS SO ORDERED.

Dated: December 20, 2023

                                                                       Nancy J. Koppe
                                                                        United States Magistrate Judge