# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BEVERLY JEAN MOORE,<br>    Plaintiff,<br>v.<br>SMITH'S FOOD & DRUG CENTERS, INC.,<br>    Defendant. | Case No. 2:23-cv-01901-GMN-NJK<br><br>**Order** |

During today's court-ordered settlement conference, attorney Ty Maynarich made a completely offensive, unacceptable, and inappropriate comment that violated the governing rules and ethical obligations. *See* Local Rule IA 11-1(a)(2)(C) (for admission to the bar of this court, an attorney must take an oath to conduct himself uprightly); *see also* 2016 Supreme Court of Nevada Rules Regulating Admission to the Practice of Law ("I will conduct myself in a civil and professional manner"). An attorney who violates the standards of conduct prescribed by the Model Rules of Professional Conduct as adopted and amended by the Supreme Court of Nevada, except as modified by this Court, "may be disbarred, suspended from practice before this court for a definite time, reprimanded, or subjected to other discipline as the court deems proper." LR IA 11-7(a).

The Court will not tolerate such unprofessional behavior. While the Court would be fully justified in sanctioning and/or disciplining Mr. Maynarich for his conduct, the Court instead **ADMONISHES** Mr. Maynarich to give him the opportunity to correct his behavior. Mr. Maynarich can expect sanctions and/or discipline if he ever exhibits any sort of unprofessionalism in this Court again.

IT IS SO ORDERED.

Dated: September 5, 2024

_____
Nancy J. Koppe
United States Magistrate Judge