JERRY S. BUSBY
Nevada Bar #001107
TY M. MAYNARICH
Nevada Bar #014584
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
tmaynarich@cooperlevenson.com

Attorneys for Defendants
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BEVERLY JEAN MOORE,<br><br>       Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Foreign Limited-Liability Company; JENNIFER CARACCIOLO, an Individual; STERLING COMMERCIAL, LLC a Domestic Limited Liability Company, STERLING ORGANIZATION HD, a Foreign Limited-Liability Company; DOE STORE EMPLOYEE; ROE CONTRACTOR; ROE MAINTENANCE COMPANY; ROE PROPERTY MANAGER; ROE PAINTING COMPANY; DOES II through X; and ROE CORPORATIONS IV through X, inclusive,<br><br>       Defendants. | Case No. 2:23-cv-01901-GMN-NJK<br><br>**STIPULATION AND ORDER FOR**<br>**<u>DISMISSAL WITH PREJUDICE</u>** |

WHEREAS, the parties and their counsel of record have agreed upon a full and final settlement of this case and all claims set forth therein;

**IT IS HEREBY STIPULATED AND AGREED** by and between SMITH'S FOOD & DRUG CENTERS, INC. and JENNIFER CARACCIOLO, by and through their attorneys of record, JERRY S. BUSBY, ESQ., and TY M. MAYNARICH, ESQ., of the law firm COOPER LEVENSON, P.A., and BEVERLY JEAN MOORE, an individual; by and through her attorneys of record, Marcus Berg, Esq., and John C. Funk, Esq. of MOSS BERG INJURY LAWYERS as

NG-C2N3CBX6 4883-3567-8435.1

Beverly Moore v. Smith's Food & Drug Centers, Inc.
Case No. 2:23-cv-01901-GMN-NJK

follows:

1. That any and all claims of PLAINTIFF, BEVERLY JEAN MOORE, herein against SMITH'S FOOD & DRUG CENTERS, INC., JENNIFER CARACCIOLO, and all other Defendants, presently known or unknown, be dismissed with prejudice, each party to bear their own fees and costs; and,

2. That the pending trial date of December 2, 2024, is vacated.

DATED this 19th day of September, 2024.

| MOSS BERG INJURY LAWYERS | COOPER LEVENSON, P.A. |
|---|---|
| /s/   Marcus Berg, Esq. | /s/   Jerry S. Busby, Esq. |
| MARCUS BERG, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 9760 | Nevada Bar No.001107 |
| JOHN C. FUNK | TY M. MAYNARICH |
| Nevada Bar No. 9255 | Nevada Bar No. 014584 |
| 5420 West Sahara Avenue – Suite 101 | 3016 West Charleston Boulevard - #195 |
| Las Vegas, NV  89146 | Las Vegas, NV  89146 |
| (702) 728-5500 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendants |
| BEVERLY JEAN MOORE | SMITH'S FOOD & DRUG CENTERS, INC. |
|  | JENNIFER CARACCIOLO |

**ORDER**

**IT IS SO ORDERED.** Case dismissed with prejudice, each party to bear their own fees and costs.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: ___September 20, 2024_____

2

NG-C2N3CBX6 4883-3567-8435.1